**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RONALD CIANCIULLI

        Plaintiff(s)

v.

DEVAN MOTORS OF NORWALK, INC.,
ET AL.

        Defendant(s)

CIVIL ACTION NO. 3:21-cv-00568
(JBA)

OCTOBER 13, 2021

<u>**JOINT MOTION TO EXTEND ORDER DISMISSING CASE**</u>

      Plaintiff Ronald Cianciulli (the "Plaintiff") and Defendants Devan Motors of Norwalk, Inc. ("Norwalk"), Devan Motors of Fairfield, Inc. ("Fairfield"), DAG Motors of Wilton, LLC ("Wilton"), and Devan Auto Group ("DAG") (Norwalk, Fairfield, Wilton, and DAG, individually and collectively, the "Company" or the "Defendants") (the Plaintiff and Defendants, individually and collectively, the "Parties") jointly move this Court to extend the effective date of the Order dismissing this case [dckt #29] by 60 days.

      In support of the motion, the Parties note as follows, the Parties reached an agreement to resolve this matter on October 6, 2021.  Although the Parties are working diligently to finalize and fulfill the terms of the Agreement, the Parties need additional time due to the need to obtain relevant documents from third parties, which could take more than 60 days to obtain.

      This is the parties first motion to extend the effective date of the dismissal entered by the Court.  Neither party will be prejudiced by this extension.

DEFENDANTS DEVAN MOTORS OF
NORWALK, INC., ET AL.


BY/s/ Michelle Gramlich
 Michelle Gramlich
 MUSCO & IASSOGNA
 555 Long Wharf Drive, 10th Floor
 New Haven, Connecticut 06511
 Tel:  (203) 782-4100
 Fax:  (203) 782-4128
 michelle.gramlich@m-ilaw.com

FOR THE PLAINTIFF,

RONALD CIANCIULLI

By:     /s/ Michael R. Varraso
        Michael Varraso
        MVarraso@Wyattlegalservices.com
        CT State Bar: 439521
        D. Conn. No. ct307777

        The Law Offices of Wyatt & Associates, P.L.L.C.
        17 Elm Street, Suite C211
        Keene, NH 03431
        Telephone: (603) 357-1111
        Facsimile: (603) 685-2868

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on the 13th day of October, 2021.  Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

        /s/ Michael R. Varraso
        Michael Varraso